| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF MICHIGAN |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Barn Cats, LLC** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-5304053** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**9099 11 Mile Rd. NE**<br>**Rockford, MI 49341**<br>Number, Street, City, State & ZIP Code<br><br>**Kent**<br>County | **Mailing address, if different from principal place of business**<br><br>**PO Box 151518**<br>**Grand Rapids, MI 49525**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

| Debtor | **Barn Cats, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　☐ A plan is being filed with this petition.
　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor **Barn Cats, LLC**  
Name

Case number (*if known*)

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
Number, Street, City, State & ZIP Code

**Is the property insured?**  
☐ No  
☐ Yes.   Insurance agency _____  
   Contact name _____  
   Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
■ $100,001 - $500,000  
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

| Debtor | **Barn Cats, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 27, 2019**
              MM / DD / YYYY

**X** **/s/ Randall L. Mouw**                             **Randall L. Mouw**
Signature of authorized representative of debtor           Printed name

Title   **Member**

---

**18. Signature of attorney**

**X** **/s/ Perry G. Pastula**                             Date **March 27, 2019**
Signature of attorney for debtor                            MM / DD / YYYY

**Perry G. Pastula P35588**
Printed name

**Dunn, Schouten & Snoap, P.C.**
Firm name

**2745 DeHoop Ave. SW**
**Wyoming, MI 49509**
Number, Street, City, State & ZIP Code

Contact phone   **616-538-6380**        Email address   **ppastula@dunnsslaw.com**

**P35588 MI**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Barn Cats, LLC** | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN | |
| Case number (if known): | | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alta Equipment Co.** 8840 Byron Commerce Dr. SW Byron Center, MI 49315 | | | | | | $2,172.33 |
| **Bell Fork Lift** 4265 W. Mt. Morris Road Mount Morris, MI 48458 | | | | | | $2,199.43 |
| **CACH, LLC / Wes Bank** c/o Allied Interstate PO Box 361445 Columbus, OH 43236 | | | | | | $5,081.40 |
| **Capital One** PO Bopx 6492 Carol Stream, IL 60197-6492 | | | Contingent Unliquidated Disputed | | | $1,000.00 |
| **Chase Bank** PO Box 659860 San Antonio, TX 78265 | | | Contingent Unliquidated Disputed | | | $3,000.00 |
| **Chemical Bank** 1315 Washington Street Midland, MI 48640-0569 | | | Contingent Unliquidated Disputed | | | $1,500.00 |
| **Foster Swift Collins & Smith** 313 S. Washington Square Lansing, MI 48933 | | | | | | $1,246.00 |
| **Grand Equipment** 3310 Hudson Trail Hudsonville, MI 49426 | | | | | | $6,229.43 |

Debtor **Barn Cats, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Grand River Insurance Agency**<br>PO Box 316<br>New Rochelle, NY 10804 | | | | | | $1,184.90 |
| **Great Lakes Access**<br>1935 Century Ave. SW<br>Grand Rapids, MI 49503-8018 | | | | | | $22,000.00 |
| **Jeff Bolzman**<br>c/o Dallas Rooney PLLC<br>129 North Heisterman<br>Bad Axe, MI 48413 | | | | | | $5,604.00 |
| **Liberty Mutual**<br>c/o Stillman Law Office<br>30057 Orchard Lake Rd, Ste 200<br>Farmington, MI 48334 | | | | | | $18,000.00 |
| **Marvin & Associates**<br>5181 Plainfield Ave. NE, Ste C<br>Grand Rapids, MI 49525 | | | | | | $6,690.96 |
| **Michigan Unemployment Agency**<br>3024 W. Grand Blvd, Suite 11-5<br>Detroit, MI 48202 | | | | | | $6,220.33 |
| **Miller Johnson**<br>45 Ottawa Ave., Ste 1100<br>PO Box 306<br>Grand Rapids, MI 49501-0306 | | | | | | $21,620.06 |
| **NAPA Auto**<br>6765 S. Greenville Rd<br>Greenville, MI 48838 | | | | | | $1,990.77 |
| **Pam Barnett Suit**<br>c/o Rodenhouse Kuipers, P.C.<br>678 Front St. NW Wuite 176<br>Grand Rapids, MI 49504 | | | **Contingent Unliquidated Disputed** | | | $20,000.00 |

Debtor  **Barn Cats, LLC**　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Quinnell Law Firm, PLLC**  **419 W. Washington**  **Marquette, MI 49855** | | | | | | **$571.83** |
| **Steve D Rummel**  **9203 Castle Road**  **Sheridan, MI 48884** | | **Alleged injury sufferd on job** | **Contingent Unliquidated Disputed** | | | **$70,000.00** |
| **Travelers Insurance**  **c/o McCarthy Burgess & Wolff**  **26000 Cannon Road**  **Cleveland, OH 44146** | | | | | | **$8,550.72** |

## United States Bankruptcy Court
### Western District of Michigan

In re  **Barn Cats, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Randall L. Mouw**<br>**PO Box 151518**<br>**Grand Rapids, MI 49525** | **Member** | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 27, 2019**

Signature  **/s/ Randall L. Mouw**

**Randall L. Mouw**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Michigan

In re   **Barn Cats, LLC**                                  Case No.
                          Debtor(s)                         Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 27, 2019**                    **/s/ Randall L. Mouw**
                                              **Randall L. Mouw**/**Member**
                                              Signer/Title

ADVANCED RADIOLOGY SERVICES
PO BOX 776446
CHICAGO IL 60677-6446


AL'S TRUCKING & BUILDING
SUPPLIES, INC.
PO BOX 409
FENTON MI 48430


ALTA CONSTRUCTION EQUIPMENT
DEPT 771420
PO BOX 77000
DETROIT MI 48277-1420


ALTA EQUIPMENT
13211 MERRIMAN ROAD
LIVONIA MI 48150-1826


ALTA EQUIPMENT CO.
8840 BYRON COMMERCE DR. SW
BYRON CENTER MI 49315


BELL FORK LIFT
4265 W. MT. MORRIS ROAD
MOUNT MORRIS MI 48458


BELL FORKLIFT
C/O MILLENNIUM COLLECTIONS
PO BOX 6899
VERO BEACH FL 32961-6899


BINDA FOUNDATION
15 CAPITAL AVE.
BATTLE CREEK MI 49017


BOND CORP
2007 EASTERN AVE.
GRAND RAPIDS MI 49507


BOWEN LAKE VILLAGE CONDO ASS'N
PO BOX 271
GREENVILLE MI 48838

```
BRITT LAW GROUP
ATTN:  STEVE WILLIAMS
146 MONROE CENTER, STE 418
GRAND RAPIDS MI 49503


BUTTERWORTH HOSPITAL
100 MICHIGAN ST. NE
GRAND RAPIDS MI 49503


CACH, LLC / WES BANK
C/O ALLIED INTERSTATE
PO BOX 361445
COLUMBUS OH 43236


CAPITAL ONE
PO BOPX 6492
CAROL STREAM IL 60197-6492


CHASE BANK
PO BOX 659860
SAN ANTONIO TX 78265


CHEMICAL BANK
1315 WASHINGTON STREET
MIDLAND MI 48640-0569


CL TRUCKING & EXCAVATING, LLC
256 E. PARMETER ROAD
IONIA MI 48846


CREDIT ACCEPTANCE CORP.
PO BOX 551888
DETROIT MI 48225


EMERGENCY CARE SPECIALISTS
2537 MOMENTUM PLACE
CHICAGO IL 60689


FAAL
PO BOX 23067
LANSING MI 48909-3067


FOSTER SWIFT COLLINS & SMITH
313 S. WASHINGTON SQUARE
LANSING MI 48933
```

GRAND EQUIPMENT
3310 HUDSON TRAIL
HUDSONVILLE MI 49426


GRAND RIVER INSURANCE AGENCY
PO BOX 316
NEW ROCHELLE NY 10804


GREAT LAKES ACCESS
1935 CENTURY AVE. SW
GRAND RAPIDS MI 49503-8018


GREAT LAKES ACCESS
C/O LAKESHORE LEGAL COUNSEL
ATTN: JULIE HYATT-WIERZBICKI
219 N. 7TH ST., SUITE 2
GRAND HAVEN MI 49417


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATI
PO BOX 7346
PHILADELPHIA PA 19101-7346


JAMES SHANKIN
36 SAN MARCOS TROUT CLUB RD
SANTA BARBARA CA 93105


JEFF BOLZMAN
C/O DALLAS ROONEY PLLC
129 NORTH HEISTERMAN
BAD AXE MI 48413


JOHN LEWIS
12785 STOUT AVE. NE
CEDAR SPRINGS MI 49319


JOHN LOVELL
47 WASHINGTON ST.
SPARTA MI 49345


LIBERTY MUTUAL
C/O STILLMAN LAW OFFICE
30057 ORCHARD LAKE RD, STE 200
FARMINGTON MI 48334

```
MARVIN & ASSOCIATES
5181 PLAINFIELD AVE. NE, STE C
GRAND RAPIDS MI 49525


MARY ANNE DENEWETH
C/O MICHAEL S. THOMAS
MATECUN, THOMAS & OLSON, PLC
43570 GARFIELD, STE. 101
CLINTON TOWNSHIP MI 48038


MEIJER CREDIT UNION
2410 GAYNOR AVE. NW
PO BOX 141607
GRAND RAPIDS MI 49514-1607


MICHIGAN DEPT OF TREASURY
TREASURY BUILDING
LANSING MI 48918


MICHIGAN UNEMPLOYMENT AGENCY
3024 W. GRAND BLVD, SUITE 11-5
DETROIT MI 48202


MILLER JOHNSON
45 OTTAWA AVE., STE 1100
PO BOX 306
GRAND RAPIDS MI 49501-0306


MONTCALM COUNTY TREASURER
PO  BOX 368
STANTON MI 48888


NAPA AUTO
6765 S. GREENVILLE RD
GREENVILLE MI 48838


PAM BARNETT SUIT
C/O RODENHOUSE KUIPERS, P.C.
678 FRONT ST. NW
WUITE 176
GRAND RAPIDS MI 49504


PORTFOLIO RECOVERY ASSOC.,LLC
PO BOX 12914
NORFOLK VA 23541
```

```
PT PROPERTIES
848 N. SHERMAN
OWOSSO MI 48867


QUINNELL LAW FIRM, PLLC
419 W. WASHINGTON
MARQUETTE MI 49855


RAVENNA HYDRAULICS
13101 APPLE AVE.
PO BOX 219
RAVENNA MI 49451


ROX-STELLA ENTERPRISES, LLC
C/O PETE EARDLEY
2737 BONNELL ST. SE
GRAND RAPIDS MI 49506


ROX-STELLA ENTERPRISES, LLC
3900 S. GREENBROOKE DR. SE
GRAND RAPIDS MI 49512


SHMG
4100 LAKE DR., SUITE 102
GRAND RAPIDS MI 49546


SPECTRUM HEALTH MEDICAL GROUP
PO BOX 2864
GRAND RAPIDS MI 49501-2864


STEVE D RUMMEL
9203 CASTLE ROAD
SHERIDAN MI 48884


TRAVELERS INSURANCE
C/O MCCARTHY BURGESS & WOLFF
26000 CANNON ROAD
CLEVELAND OH 44146


WILLY BRENNEMAN
18382 - 5 MILE ROAD
MORLEY MI 49336
```

# United States Bankruptcy Court
## Western District of Michigan

In re  **Barn Cats, LLC**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Barn Cats, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 27, 2019**
Date

**/s/ Perry G. Pastula**
**Perry G. Pastula P35588**
Signature of Attorney or Litigant
Counsel for **Barn Cats, LLC**
**Dunn, Schouten & Snoap, P.C.**
**2745 DeHoop Ave. SW**
**Wyoming, MI 49509**
**616-538-6380 Fax:616-538-4414**
**ppastula@dunnsslaw.com**

# CONSENT RESOLUTION OF SOLE MEMBER

## OF

## BARN CATS, LLC

---

The undersigned, the sole member of Barn Cats, LLC ("Company"), acting pursuant to the Michigan Limited Liability Company Act, does hereby take the following action being written consent in lieu of meeting, which action shall be effective as of March 27, 2019.

WHEREAS, the Company has experienced significant financial difficulties in the steel product welding industry; and

WHEREAS, the Company has been unable to pay its creditors in accordance with the terms of their creditor agreements; and

WHEREAS, the Company has experienced significant litigation pressures from the creditors; and

WHEREAS, the Company believes the filing of a Chapter 11 Bankruptcy Petition will allow the Company to restructure its financial affairs;

NOW, THEREFORE, the sole member of this Company hereby adopts the following resolutions by written consent:

> "BE IT RESOLVED, that the Company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 Voluntary Bankruptcy case on behalf of the Company in the Western District of Michigan Bankruptcy Court."

> "BE IT FURTHER RESOLVED, that this Company is authorized and directed to appear at all bankruptcy proceedings on behalf of the Company, and to otherwise perform all acts and deeds to execute and deliver all documents necessary on behalf of the Company in connection with said bankruptcy case."

> "BE IT FURTHER RESOLVED, that Randall L. Mouw, sole member is authorized to execute the appropriate bankruptcy documents."

"BE IT FURTHER RESOLVED, that the Company is authorized and directed to employ Perry G. Pastula as lead attorney, and the law firm of Dunn, Schouten & Snoap, PC, to represent the Company in such bankruptcy case."

"BE IT FURTHER RESOLVED, that the Secretary of this Company be and is authorized and empowered to certify the passage of these resolutions."

Executed on this 27th day of March, 2019

By: _____
Randall L. Mouw
Sole Member